# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2023-2152
LT Case No. 2017-CA-000667-A
_____

DON K. JURAVIN a/k/a DON ADI.
JURAVIN,

    Appellant,

    v.

DCS REAL ESTATE
INVESTMENTS, LLC, the CLUB at
BELLA COLLINA, LLC, and
RANDALL F. GREENE,

    Appellees.

_____

On appeal from the Circuit Court for Lake County.
Dan R. Mosley, Judge.

Andrew A. Labbe. of Groelle & Salmon, P.A., Tampa, for
Appellant.

James D. Ryan and Lauren J. Schindler, of Ryan Law Group,
PLLC., North Palm Beach, for Appellees.

August 13, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____